Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax:  775-743-0307
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FRISBIE,<br><br>        Plaintiff<br><br>v.<br><br>ENHANCED RECOVERY, LLC; et al,<br><br>        Defendants | Case No.:  2:14-CV-01235-MCE-KJN<br><br>**Order on Stipulation to**<br>**Dismiss Entire Action** |

Pursuant to the parties' Stipulation, this Court hereby dismisses the above-captioned action in its entirety.  Each party to bear its own fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED

Dated:  July 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT